UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY WINDEKNECHT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:15CV227 CDP |
| | ) | |
| TOM VILLMER, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's motion for reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure. He offers various reasons why his petition should not have been dismissed as untimely. His arguments are meritless.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration [ECF No. 18] is **DENIED**.

Dated this  4th  day of June, 2015.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE